UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.:   05-73381 |
| Eugene Allen Woodley | ) | Chapter:   7 |
| and Thellesa Ann Woodley | ) | Judge:   Manuel Barbosa |
| Debtors | ) | |

NOTICE OF MOTION

To:   See Service List

Please take notice that on January 27, 2010 at the hour of 09:30 AM or as soon thereafter as counsel may be heard, we shall appear before Judge Manuel Barbosa in Courtroom 115 of the United States Courthouse, 211 South Court Street, Rockford, IL 61101, or any other judge sitting in such judge's place and stead and shall then and there present the attached Motion to Reopen Chapter 7 Case, a copy of which is hereby served upon you.  You may appear if you so choose.

/s/ Michael S. Krauch
Michael S. Krauch, Attorney # 6279213
Law Office of Michael S. Krauch
2633B E. Cass Street
Joliet, IL 60432
815-724-1222 (Phone)
815-724-1221 (Fax)

CERTIFICATE OF SERVICE

I, Michael S. Krauch, certify that I caused a true and correct copy of the foregoing notice to be served on the parties listed on the attached service list via the manner as indicated above from my offices located at 2633B E. Cass Street, Joliet, IL 60432, on January 20, 2010.

/s/ Michael S. Krauch

U.S. Bankruptcy Court
Western Division
211 S. Court Street
Rockford, IL 61101-1219

Advanta Bank Corp
Attn: Bankruptcy Dept
PO Box 1228
Voorhees, NJ 08043-7228

Arthur B. Adler & Assoc., LTD
25 East Washington St

Bank One
Attn: Bankruptcy Dept
Wilmington, DE 19850-5228

Blatt, Hasenmiller, Leibsker
211 Landmark Dr.

PO Box 6406
Kansas City, MO 64133-1270

Capitol One
The Lakes, NV 89163-0001

Richmond, VA 23285-5187

Fleet Credit Card Service
Pearl City, IL 61062-9141

612 N. First St.
Simi Valley, CA 93062-5170

Bank of America
PO Box 5170

500 W. Madison St.
Carol Stream, IL 60131-5213

Household Credit Se

328 E. Lincoln Hwy
New Lenox, IL 60451-1843

Phillips & Cohen Associates
PO Box 20507
Suite C

Sears Gold MasterCard

Pearl City, IL 61062-9141

Thellesa Ann Woodley
Norcross, GA 30093-2254

West Asset Management
NW Regent St.

James E Stevens

Jeff A Whitehead
Rockford, IL 61108-2575